David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

Roosevelt Neroes,

        Plaintiff,

v.

ARMED FORCES BANK, NATIONAL ASSOCIATION, NAVY FEDERAL CREDIT UNION, RBS COMPUTER INC., SUN LOAN COMPANY NEVADA, INC., YOUR CREDIT, INC. D/B/A CRANE FINANCE, and EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendants.

Case No. 2:15-cv-01790-MMD-GWF

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO NAVY FEDERAL CREDIT UNION ONLY**

    Plaintiff Roosevelt Neroes and Navy Federal Credit Union hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

…

…

…

accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Navy Federal Credit Union**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:       December 28, 2015

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/Robert S. Larsen, Esq.
Robert S. Larsen, Esq.
Gordon & Rees
*Attorney for Defendant Navy F.C. U.*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 29, 2015
_____