| | |
|---|---|
| 1 | Michael E. Sullivan, Esq. (SBN 5142) |
| 2 | Barry L. Breslow, Esq. (SBN 3023) |
|   | ROBISON, BELAUSTEGUI, SHARP & LOW |
| 3 | 71 Washington Street |
|   | Reno, Nevada 89503 |
| 4 | Tel: 775.329.3151/Fax: 775.329.7941 |
|   | Email: msullivan@rbsllaw.com |
| 5 |         bbreslow@rbsllaw.com |

6
7   Mark S. Carder (MO 40262)
    STINSON LEONARD STREET LLP
8   1201 Walnut, Suite 2900
    Kansas City, Missouri 64015
9   Tel: 816.842.8600/Fax: 816.691.3495
    Email: mark.carder@stinsonleonard.com
10  *Admitted pro hac vice*

11  *Attorneys for Defendant Armed Forces Bank,*
    *National Association*
12

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROOSEVELT NEROES, | CASE NO.: 2:15-CV-01790-MMD-GWF |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| ARMED FORCES BANK, NATIONAL ASSOCIATION, NAVY FEDERAL CREDIT UNION, RBS COMPUTER INC., YOUR CREDIT, INC. D/B/A CRANE FINANCE, EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

COME NOW ROOSEVELT NEROES, plaintiff, and ARMED FORCES BANK, N.A., a separate defendant, and, pursuant to that certain Settlement Agreement between them dated as of February 1, 2016, and Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, jointly stipulate to

dismissal of all claims that were or could have been brought against Armed Forces Bank, N.A., therein with prejudice, each party to bear its own costs. The parties request that the Court enter an order dismissing with prejudice all claims against Armed Forces Bank, N.A., pursuant to this stipulation.

Dated this 25th day of February, 2016.

| STINSON LEONARD STREET LLP. | HAINES & KRIEGER, L.L.C. |
|---|---|
| */s/ Mark S. Carder* | */s/ David H. Krieger* |
| Mark S. Carder MO # 40262 | David H. Krieger NV# 9086 |
| *Admitted pro hac vice* | 8985 S. Eastern Avenue, Suite 350 |
| 1201 Walnut, Suite 2900 | Henderson, Nevada 89123 |
| Kansas City, MO 64106 | Telephone (702) 880-5554 |
| Telephone (816) 842-8600 | Facsimile (702) 385-5518 |
| Facsimile (816) 691-3495 | dkrieger@hainesandkrieger.com |
| mark.carder@stinson.com | *Attorneys for Plaintiff* |
| *Attorneys for Armed Forces Bank, N.A.* | |

IT IS SO ORDERED.

Dated: February 26, 2016

_____
U.S. District Judge

j:\wpdata\mes\6822.008 afb (equifax)\p-joint stipulation to dismiss with prejudice.docx

Robison, Belaustegui, Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151